**FILED**
June 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEAN GJERDE, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-223 JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sean Gjerde</u>; Case  <u>2:10-cr-223 JAM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000, co-signed by defendant's father.

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>6/15/2010</u>   at  <u>2:55pm</u>

By  _____
Kimberly J. Mueller,
United States Magistrate Judge