THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Sean Gjerde

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN GJERDE, et al.,<br><br>    Defendant(s) | Case No.: 2:10-cr-00223-JAM<br><br>STIPULATION AND ORDER TO SET MOTION HEARING AND BRIEFING SCHEDULE<br><br>Date:    January 11, 2011<br>Time:    9:30 a.m.<br>Judge:   Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that a Motion Hearing is proposed to be scheduled for January 11, 2011 at 9:30 a.m.  On that date, the parties have already been scheduled to meet for a Status Conference.  Thomas A. Johnson, Defendant's attorney, and Philip A. Ferrari, Assistant United States Attorney, agree and stipulate to the Motion Hearing and proposed briefing schedule.

The following is the updated briefing schedule on Defendant's Motion to Sever:

Defendant's Motion due by:            November 24, 2010
Government's Response due by:     December 23, 2010
Defendant's Reply due by:                January 4, 2011

**IT IS SO STIPULATED.**

DATE:  October 26, 2010                                      /s/ Thomas A. Johnson
                                                                              THOMAS A.  JOHNSON
                                                                              Attorney for Defendant
                                                                              SEAN GJERDE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: October 26, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | |
| 4 | | By:  /s/  Thomas A. Johnson for<br>PHILIP A. FERRARI |
| 5 | | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

DATE:   October 26, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com