THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Sean Gjerde

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-CR-00223-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | TERMINATE COUNSELING AS A |
| vs. | ) | CONDITION OF PRETRIAL RELEASE |
| | ) | |
| SEAN GJERDE, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the condition of pretrial release, that the defendant attends professional counseling during the pendency of the above- entitled case, is terminated forthwith.  The Pretrial Services Officer assigned to Mr. Gjerde's case believes that the condition is no longer necessary. The Office of the United States Attorney has been so informed and did not oppose the request to terminate the condition.  All other conditions of pretrial release for Sean Gjerde that were previously ordered by the magistrate remain in effect.

**IT IS SO STIPULATED.**


DATED:  February 1, 2012                         By:      /s / Thomas A. Johnson_____
                                                                    THOMAS A. JOHNSON
                                                                    Attorney for Defendant
                                                                    SEAN GJERDE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

1   DATED:  February 1, 2012                    BENJAMIN WAGNER
                                                United States Attorney
2

3                                         By:     /s/ Thomas A. Johnson
                                                PHILLIP  FERRARI
4                                               Assistant United States Attorney

5

6
    **IT IS SO ORDERED.**
7

8   DATED:   2/1/2012

9

10                                              /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
11                                              United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com