THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Sean Gjerde

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEAN GJERDE, et al.,<br><br>　　　　Defendant(s) | Case No.: 2:10-cr-00223-JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF PSR SCHEDULE<br><br>Date:　August 20, 2013<br>Time:　9:45 a.m.<br>Judge:　Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 25, 2013, at 9:45 a.m. is continued to August 20, 2013, at 9:45 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 13, 2013　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　SEAN GJERDE


DATED: June 13, 2013　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　　PHILIP A. FERRARI
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED.**

DATED: 6/13/2013

/s/ John A. Mendez
_____HON. JOHN A. MENDEZ
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER         - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN GJERDE, et al.,<br><br>　　　　Defendant(s) | Case No.: 2:10-cr-00223-JAM<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | August 20, 2013 |
| Reply or Statement | August 13, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 6, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 30, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 23, 2013 |

PDF created with pdfFactory trial version www.pdffactory.com