MCGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00223-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | |
| SEAN PATRICK GJERDE, | DATE: August 7, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit/Deny Hearing in this matter was set for August 7, 2018.

2. By this stipulation, the parties now move to continue the Admit/Deny Hearing until August 21, 2018 at 9:15 a.m..

3. The parties request a continuance in order to have time to discuss potential resolution.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: August 2, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ MIRIAM R. HINMAN<br>MIRIAM R. HINMAN<br>Assistant United States Attorney |
| Dated: August 2, 2018 | /s/ CHRISTOPHER R. COSCA<br>CHRISTOPHER R. COSCA<br>Counsel for Defendant<br>Sean Patrick Gjerde |

**ORDER**

IT IS ORDERED this 3rd day of August, 2018 that the Admit/Deny Hearing previously set for August 7, 2018, at 9:15 a.m. is CONTINUED to August 21, 2018, at 9:15 a.m.

Dated: August 3, 2018            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE