McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00223-JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: August 21, 2018 |
| SEAN PATRICK GJERDE, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit/Deny Hearing in this matter was set for August 21, 2018.

2. By this stipulation, the parties now move to continue the Admit/Deny Hearing until September 11, 2018.

3. The parties request a continuance in order to have time to discuss potential resolution.

IT IS SO STIPULATED.

Dated: August 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated: August 18, 2018

/s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant
Sean Patrick Gjerde

**ORDER**

IT IS ORDERED this 20th day of August, 2018, that the Admit/Deny Hearing previously set for August 21, 2018, at 9:15 a.m. is CONTINUED to September 11, 2018, at 9:15 a.m.

Dated: August 20, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE