# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 25, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN PATRICK GJERDE,

Defendant.

Case No. 2:10-CR-00223 JAM

## ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEAN PATRICK GJERDE ,

Case No.  2:10-CR-00223 JAM  Charge 18 U.S.C. 3583(e)(3) , from custody for the

following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

      Unsecured Appearance Bond $ _____

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

**X**   (Other): Defendant sentenced to time served; no term
of supervised release to follow.

Issued at Sacramento, California on September 25, 2018 at 9:35 AM

By: _____

District Judge John A. Mendez